# PFUND McDONNELL, P.C.
## ATTORNEYS AT LAW

---

DAVID T. PFUND #

MARY C. MCDONNELL #

GERALD A. SHEPARD

_____

JAYNE E. SCHROEDER

MOLLY C. MCGEE

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD,  NEW JERSEY
07450

———

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE
2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE
170 Old Country Road
Suite 608
Mineola, NY 11501

December 9, 2021

*Via ECF*
Honorable James B. Clark, III, U.S.M.J.
U.S. District Court, District of New Jersey
U.S. Courthouse
50 Walnut Street, Rm. 2060
Newark, NJ 07102

      **Re:   Kim v. Borough of Palisades Park, et al.**
              **Civil Action. No. 21-13864**
              **Our File No. 24-5031**

Dear Judge Clark:

      Please be advised that our office represents the Defendant, Borough of Palisades Park, in the above-referenced matter which is scheduled for a telephone conference on Tuesday, December 14, 2021. I am pleased to advise Your Honor that a tentative settlement has been agreed upon between the parties, subject to governing body approval. We are hopeful that the settlement will be fully approved within the new few weeks and ask that the conference be adjourned so that we can finalize the settlement. Please advise if this is acceptable to Your Honor.

      Thank you for your attention and consideration.

                 Respectfully submitted,

                 DAVID T. PFUND

DTP/dcb
cc:     Patrick Toscano, Esq. – *via ECF*